12/16/2009 WED 9:21 FAX 201 225 2551 BMLawPractice @006/007
Case 2:09-cv-03281-FSH-MAS   Document 12   Filed 12/23/09   Page 1 of 2 PageID: 52
Case 2:09-cv-03281-FSH-MAS   Document 11   Filed 12/22/09   Page 2 of 3
Dec-11-2009  11:35am  From-                                              T-425  P.007/008  F-456

McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP
Attorneys at Law
Three Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
(973) 622-7711
Attorneys for Defendant,
Aetna Health Inc. incorrectly pleaded
as "Aetna, Inc."

By:_____
    Randi F. Knepper

-------------------------------------x
                                     :  UNITED STATES DISTRICT COURT
ROSA ALCANTARA,                      :  DISTRICT OF NEW JERSEY
                                     :
              Plaintiff,             :
                                     :  CIVIL ACTION NO.: 09-3281 (FSH)(MAS)
vs.                                  :
                                     :
AETNA, INC., and ABC                 :
CORPORATION I-X (said names being    :
Fictitious real names presently unknown),:
                                     :
              Defendant.             :
-------------------------------------x

## CIVIL ACTION – CONSENT ORDER OF DISMISSAL

THIS MATTER having been opened to the Court upon the joint application of McElroy, Deutsch, Mulvaney and Carpenter, LLP, attorneys for defendant, Aetna Health Inc. and Roberts & Moscaritolo, L.L.C., attorneys for plaintiff, Rosa Alcantara, and the Court having been apprised that the parties hereto agree and stipulate that the civil action shall be dismissed with prejudice, without costs, and with each party bearing their own attorneys' fees and the Court finding good cause for the entry of the within order;

IT IS on this 23rd day of December, 2009

12/16/2009 WED 8:20 FAX 2027857851 Department 2e @007/007
Case 2:09-cv-03281-FSH-MAS Document 12 Filed 12/23/09 Page 2 of 2 PageID: 58
Case 2:09-cv-03281-FSH-MAS Document 11 Filed 12/22/09 Page 3 of 3
Dec-11-2009 11:35am From- T-425 P.008/008 F-456

ORDERED that this civil action be and the same hereby is dismissed with prejudice, without costs and with each party bearing their own attorneys' fees; and be it further

ORDERED that the Court shall retain jurisdiction limited to any action or proceeding brought by any party seeking to enforce the terms and provisions of the settlement between the parties.

_____
HON. FAITH S. HOCHBERG, U.S.D.J.

The undersigned attorneys hereby consent to the form, content and entry of the within order:

ROBERTS & MOSCARITOLO, L.L.C.
Attorneys for Plaintiff
Rosa Alcantara

By: _____
Keith J. Roberts, Esq.

MCELROY, DEUTSCH, MULVANEY &
CARPENTER, LLP
Attorneys for Defendant,
Aetna Health Inc.

By: _____
Randi F. Knepper, Esq.

2